AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DARRIUS GREEN | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 24 2026

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Case No.   4:26-cr-00027 KGB
USM No.   15062-010

MARK JESSE
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1-4   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to not commit another federal, state, or local crime. | 07/22/2025 |
| 2 | Failure to not unlawfully possess a controlled substance. | 07/22/2025 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5500__

Defendant's Year of Birth:   1992

City and State of Defendant's Residence:
Sherwood, Arkansas

04/23/2024
Date of Imposition of Judgment

_Kristine M. Baker_
Signature of Judge

Kristine G. Baker, Chief United States District Judge
Name and Title of Judge

_April 24, 2026_
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT: DARRIUS GREEN
CASE NUMBER: 4:26-cr-00027 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Failure to live at a place approved by the probation officer and to notify the probation officer within 72 hours of becoming aware of a change or expected change. | 08/25/2025 |
| 4 | Failure to not communicate or interact with someone he knows is engaged in criminal activitiy or convicted of a felony without first getting the permission of the probation officer. | 07/22/2025 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __4__

DEFENDANT: DARRIUS GREEN
CASE NUMBER: 4:26-cr-00027 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

27 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. If he does not qualify for residential substance abuse treatment, the Court recommends he participate in nonresidential treatment. The Court further recommends the defendant be incarcerated in the Forrest City facility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
                       Sheet 3 — Supervised Release

Judgment—Page  4  of  4

DEFENDANT:  DARRIUS GREEN
CASE NUMBER:  4:26-cr-00027 KGB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No supervised release to follow term of imprisonment.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.